

1325 Franklin Ave., Ste. 160, Garden City, New York 11530
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

June 27, 2023

*Via U.S.P.S.*
Helen Shaub
447 95th St, #3
Brooklyn, NY 11209
*Pro Se Debtor*

Re:     Helen Shaub
        Bankruptcy Case No: 23-40523-nhl

Dear Ms. Shaub:

Our firm represents SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ("SN").

SN has received all loss mitigation applications sent directly to SN. Since SN is represented in this bankruptcy case, as of June 14, 2023, SN is requesting the following missing documents:

Please provide the below requested loss mitigation documents to SN Servicing by ***July 14, 2023.*** If you do not provide the missing documents by the due date SN Servicing will generate a denial letter.

1) Debtor states this property is a Condo, yet we are showing force place insurance on the loan.  SN requires the Master Condo Policy with SN Servicing listed as mortgagee: SN Servicing Corp., ISAOA ATIMA, P.O. Box 35; Eureka, CA 95502 Loan #**8051
2) Debtor also lists two mortgage balances on the Financial Analysis worksheet.  We need monthly amount for the other loan.  SN's loan shows as a first lien so I do not know if the other loan is a 2nd lien or on another property?
3) 2022 tax return shows rental income coming from SN's property in the amount of $30,000.  Should there be a rental agreement and does borrower also live in the same property (seems to suggest that)? Please provide the signed rental agreement with the tenant and a letter of explanation re: where the Debtor lives, signed and dated.

Please provide the requested documents via email to our office at bankruptcy@friedmanvartolo.com, or mail them to SN's address below. Thank you.

      SN Servicing Corp
      323 Fifth Street
      Eureka, CA 95501

Nothing in this status letter is intended to affect any of SN's rights in this case, including, but not limited to, SN's right to seek relief from the automatic stay pursuant to the Motion for Relief filed on March 16, 2023 at ECF Doc. No. 13. SN reserves all rights to object to loss mitigation if a formal E.D.N.Y. Loss Mitigation Request is filed in this case.

Thank you for your time and consideration of this matter. Please feel free to contact our office if you have any further questions.

      Respectfully submitted,

      By: /s/ Katherine Heidbrink
      FRIEDMAN VARTOLO LLP
      Attorneys for Secured Creditor
      1325 Franklin Avenue, Suite 160
      Garden City, New York 11530
      T: (212) 471-5100
      F: (212) 471-5150
      Bankruptcy@FriedmanVartolo.com